CAROLINE M. COREY et al., Respondents, v. SMITH & POLLOCK, INC., et al., Appellants.— In an action to recover damages for personal injuries, medical

expenses and loss of services, and for property damage, arising out of a collision between plaintiffs' automobile and defendants' automobile truck, order granting plaintiffs' motion to set aside the verdict in their favor and for a new trial unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ. [181 Misc. 331.]